IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY RUSSELL and<br>BETTYMAE B. RUSSELL | : <br> : <br> : | <br> <br>CIVIL ACTION NO.  02-CV-4116 |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | |
| BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM | : <br> : <br> : <br> : <br> : <br> : | ENTRY OF APPEARANCE |
| Defendants. | : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

  Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____  _____
Hope S. Freiwald               Aline Fairweather

_____  _____
Erin Brennan                Kirstin J. Miller

                 DECHERT PRICE & RHOADS
                 4000 Bell Atlantic Tower
                 1717 Arch Street
                 Philadelphia, PA  19103-2793
                 (215) 994-4000